## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:      MACH SPEED HOLDINGS, LLC              §   Case No. 15-41918
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Michelle H. Chow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 *(without deducting any secured claims)* | Assets Exempt:     N/A |
| Total Distribution to Claimants:     $203,411.37 | Claims Discharged Without Payment:   N/A |
| Total Expenses of Administration:   $250,844.27 | |

3)  Total gross receipts of $454,255.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $454,255.64 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 514.51 | 514.51 | 514.51 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 250,844.27 | 250,844.27 | 250,844.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,628.00 | 11,628.00 | 11,628.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,729,509.54 | 40,484,937.08 | 21,189,965.70 | 191,268.86 |
| **TOTAL DISBURSEMENTS** | **$26,729,509.54** | **$40,747,923.86** | **$21,452,952.48** | **$454,255.64** |

4)  This case was originally filed under Chapter 7 on 10/30/2015. The case was pending for 68 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/23/2021          By: /s/ Michelle H. Chow
                                                      Chapter 7 Bankruptcy Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS - D&O POLICY | 1149-000 | 382,500.00 |
| WELLS FARGO BANK ACCOUNT | 1229-000 | 54,725.72 |
| MISCELLANEOUS RECEIPTS 1290 | 1290-000 | 17,029.92 |
| **TOTAL GROSS RECEIPTS** | | **$454,255.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Collin County Tax Assessor/Collector | 4700-070 | 0.00 | 514.51 | 514.51 | 514.51 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$514.51** | **$514.51** | **$514.51** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michelle H. Chow | 2100-000 | N/A | 25,962.78 | 25,962.78 | 25,962.78 |
| Michelle H. Chow | 2200-000 | N/A | 398.44 | 398.44 | 398.44 |
| PASSMAN & JONES, P.C. | 3210-600 | N/A | 153,000.00 | 153,000.00 | 153,000.00 |
| PASSMAN & JONES, P.C. | 3220-610 | N/A | 1,964.35 | 1,964.35 | 1,964.35 |
| Lain, Faulkner & Co. P.C. | 3410-000 | N/A | 35,853.00 | 35,853.00 | 35,853.00 |
| LITZLER, SEGNER, SHAW & MCKENNEY, LLP | 3410-580 | N/A | 8,759.25 | 8,759.25 | 8,759.25 |
| Lain, Faulkner & Co. P.C. | 3420-000 | N/A | 1,003.17 | 1,003.17 | 1,003.17 |
| GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | 2300-000 | N/A | 675.00 | 675.00 | 675.00 |

**UST Form 101-7-TDR (10/1/2010)**

| WELLS FARGO CAPITAL FINANCE | 2420-000 | N/A | 400.00 | 400.00 | 400.00 |
| Bank and Technology Fees | 2600-000 | N/A | 3,490.03 | 3,490.03 | 3,490.03 |
| Mark Agee | 3110-000 | N/A | 19,141.49 | 19,141.49 | 19,141.49 |
| Mark Agee | 3120-000 | N/A | 196.76 | 196.76 | 196.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$250,844.27** | **$250,844.27** | **$250,844.27** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001A | Douglas Lane | 5300-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | State of New Jesery | 5800-000 | 0.00 | 11,628.00 | 11,628.00 | 11,628.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$11,628.00** | **$11,628.00** | **$11,628.00** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001B | Douglas Lane | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | Apollo Bridge Investors 2014-II LLC | 7100-000 | 11,152,066.27 | 11,722,548.00 | 11,722,548.00 | 112,843.55 |
| 4 | Apollo Bridge Investors 2014-II LLC | 7100-000 | 1,116,190.51 | 1,224,214.00 | 1,224,214.00 | 11,784.52 |
| 5 | Eagle Fund ii LP | 7100-000 | 4,289,063.76 | 4,508,470.00 | 0.00 | 0.00 |
| 6 | Petra Grown Fund II LP | 7100-000 | 3,746,160.59 | 3,937,795.00 | 0.00 | 0.00 |
| 7 | Blair Alley | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | Anthony Williams | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | Shenzhen CE & IT Ltd. | 7100-000 | 0.00 | 2,154,902.56 | 0.00 | 0.00 |
| 10 | Natural Sound Electronics Brouwn & Joseph, Ltd c/o Stacy Aff | 7100-000 | 0.00 | 2,926,683.20 | 0.00 | 0.00 |
| 11 | Guangzhou Changjia Electronic Co. Ltd. Brown & Joseph, Ltd c | 7100-000 | 0.00 | 1,535,972.80 | 0.00 | 0.00 |
| 12 | Jiangxi Wei Heng Digital Company Limited Brown & Joseph, Ltd | 7100-000 | 0.00 | 3,090,832.82 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 13 | Anhui Technology Imp and Exp Co. Ltd. Brown & Joseph, Ltd. S | 7100-000 | 0.00 | 760,155.00 | 0.00 | 0.00 |
| 14 | China electronics Shenzhen Company Brown & Joseph LTS c/o St | 7100-000 | 0.00 | 380,160.00 | 0.00 | 0.00 |
| 15 | Black Ops Investments LLC | 7100-000 | 1,766,170.15 | 1,535,873.79 | 1,535,873.79 | 14,784.62 |
| 16 | William Howells | 7100-000 | 4,659,858.26 | 5,386,985.07 | 5,386,985.07 | 51,856.17 |
| 17 | Travelers Indemnity Company | 7200-000 | 0.00 | 11,346.00 | 11,346.00 | 0.00 |
| 18 | Ingram Micro Inc. | 7200-000 | 0.00 | 539,685.12 | 539,685.12 | 0.00 |
| 20 | Kien Well Toy Industrial Co. LTD | 7200-000 | 0.00 | 769,313.72 | 769,313.72 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$26,729,509.54** | **$40,484,937.08** | **$21,189,965.70** | **$191,268.86** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case Number: | 15-41918 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | MACH SPEED HOLDINGS, LLC | Filed (f) or Converted (c): | 10/30/15 (f) |
| | | §341(a) Meeting Date: | 12/04/15 |
| Period Ending: | 06/23/21 | Claims Bar Date: | 07/05/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MISCELLANEOUS RECEIPTS 1290 (u)<br>NOTE: On Debtor's original schedules, the ONLY asset listed is the D*O policy.;The asset line is for unscheduled receipts. No amended schedules filed since 03/31/19. All scheduled assets are per original schedules. | 0.00 | 14,000.00 | | 17,029.92 | FA |
| 2 | CONTINGENT CLAIMS - D&O POLICY<br>Per Debtor's schedules: '$3,000,000 shared D&O/EPL policy with AIG with six year run-off limit in force through 08/06/2021'. Trustee to investigate possible causes of action and claim against D&O policy. See settlement details, Motion 06/13/18 #94 and Order 08/10/18 #116. Funds allocated and deposited to estate bank account 08/13/2018. | 0.00 | 125,000.00 | | 382,500.00 | FA |
| 3 | WELLS FARGO BANK ACCOUNT (u)<br>Unscheduled amount turned over the trustee by Wells Fargo when requested for any remaining bank balances. | 0.00 | 51,000.00 | | 54,725.72 | FA |
| 4 | FRAUDULENT TRANSFER - SOFA ITEMS<br>This line item reserved for possible fraudulent transfers from transactions listed on the SOFA. Proposed special counsel investigated and accountant for estate assisted with records analysis for this line item.  This asset resolved within asset #3. | 0.00 | 0.00 | | 0.00 | FA |
| | TOTALS (Excluding Unknown Values) | $0.00 | $190,000.00 | | $454,255.64 | $0.00 |

**Major activities affecting case closing:**
As of date submitted to UST for review: 10/27/2020: All case administration complete, estate professionals' final fee applications paid and cleared bank account. Claims reviewed and objections filed/resolved. IRS confirmed they did not pursue audit selection. Case now ready for final report.

Prior period comments:
As of 03/31/2020 reporting period: Additional claims activity between general counsel and selected creditors, and tax filings prepared by estate accountant. On 08/26/19, Trustee received notice from the IRS that the 4 cases were selected for audit. Documents requested and produced. Trustee and accountant Lain Faulkner responding to requests but do not have much indication of when they will be complete with their review. Trustee can only provide a very rough estimate and can only close this case subject to the IRS's timing. This is the remaining activity in this case before final professionals' fee applications.

From 04/01/18-03/31/2019: Causes of action against various parties was resolved, and settlement reached. Trustee and her counsels mediated and deliberated many hours to reach this settlement. See Motion 06/13/2018 #94 and the Order 08/10/2018 #116 for settlement of $3.85 million, the determination of proceeds split between the 4 related cases, and also the Trustee's counsels' fee applications and Orders within the same time period. The funds deposited to each respective bankruptcy case and awaiting the final tax returns and final professionals' fee applications before the final report. Claims were reviewed and objections granted in 08/2018 through 11/2018.

From 04/01/17-03/31/18: The main activity during the reporting period was multiple mediation meetings and attempt at settlement between multiple parties and insurance. Towards the end of this reporting period, the amount of $3.85 million was introduced, but terms were not acceptable to the Trustee. The main issues besides the amount of settlement were allocation between the 4 related estates and the individual claims of filed by the Defendants. Trustee is very hopeful that a compromise will be reached and a settlement motion outlining all the terms will be filed in the next reporting

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

period.

Periods prior to 03/31/17: Requests were made for documents/document production and review/motions for 2004 exam against parties related to Debtors.  Trustee's counsels identified these parties as having liquidity and/or coverage by the D&O policies which could ultimately net funds for the bankruptcy estate. These were the 'owners' and 'foreclosers' on the business entities: 1. PEAG LLC; 2.TCP Group (Transition Capitial Partners); 3.Petra Growth Fund; 4. Wells Fargo.

Many times have the trustee and counsel met and/or conferenced called to discuss case progress and strategy. Special counsel may add additional professionals to assist with document and financial statement review/data mining, which is not included under Lain Faulkner as tax accountants for the estate. Documents produced by TCP, but incomplete fro  PEAG LLC. Wells Fargo lags a bit behind in documents requested/produced.

Case background: This is part of 4 related Chapter 7 cases which have been administratively consolidated:
15-41922 Bear River International, LLC - sold guns and sporting equipment
15-41920 JLab, LLC -  sold headphones and audio products
15-41918 Mach Speed Holdings, LLC - holding company for all three
15-41919 Mach Speed Technologies, LLC - sold MP3 type digital media players

These four related companies had the same officers/directors and appear to have possibly used the same books and records. Mach Speed Holdings, LLC was the holding/parent company of the other three. It was formed by various 'investor-type entities' - Transition Capital Partners (a Dallas based private equity firm), Petra Capital Partners, and Bush O'Donnell Capital Partners. The 'lenders' basically took back their business, and this along with other directed payments are the potential remaining assets of the business. Trustee hired special counsel/special litigators who will determine best course of action. Trustee also hired general counsel and accountants for the estate (for tax returns). Assets collected to date include state taxing authority refunds, miscellaneous refunds, and Wells Fargo bank balances.

General Counsel for Trustee: Mark Agee
Accountant for Trustee: Lain Faulkner
Debtor Counsel: Joe Marshall; Marshall Law;  5001 Spring Valley Road, Suite 400E; Dallas, TX 75244-3910 (972)-393-3900; jmarshall@marshalllaw.net
Debtor's Principal: Keith Driscoll
Special Counsel for Trustee: Chris Robison;  Passman & Jones, 2500 Renaissance Tower;  1201 Elm Street;  Dallas, TX 75270 and Sommerman, McCaffity & Quesada, LLP
Interested Party: Peter Jackson, represents Dan Lane

**Initial Projected Date of Final Report (TFR):**  December 31, 2020          **Current Projected Date of Final Report (TFR):**  October 29, 2020 (Actual)

| | |
|---|---|
| _____June 23, 2021_____ | /s/ Michelle H. Chow |
| Date | Michelle H. Chow |

Page: 1

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41918 BR | | Trustee: | Michelle H. Chow |
| Case Name: | MACH SPEED HOLDINGS, LLC | | Bank Name: | Bank of Kansas City |
| | | | Account: | ******1476 - Checking Account |
| Taxpayer ID#: | **-***5421 | | Blanket Bond: | N/A |
| Period Ending: | 06/23/21 | | Separate Bond: | 450,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/08/15 | Asset #1 | Paycom Cobra | misc. deposit | 1290-000 | 6,673.19 | | 6,673.19 |
| 12/08/15 | Asset #1 | State of New Jersey | misc. deposit/refund | 1290-000 | 27.00 | | 6,700.19 |
| 12/08/15 | Asset #1 | State of California | misc. deposit/refund | 1290-000 | 2,085.94 | | 8,786.13 |
| 12/08/15 | Asset #1 | State of Arkansas Auditor | misc. deposit/refund | 1290-000 | 6,127.00 | | 14,913.13 |
| 12/31/15 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 15.10 | 14,898.03 |
| 01/29/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 22.08 | 14,875.95 |
| 02/12/16 | Asset #3 | Wells Fargo | Unscheduled bank account | 1229-000 | 50,064.09 | | 64,940.04 |
| 02/12/16 | Asset #3 | Wells Fargo | Unscheduled bank balance | 1229-000 | 728.10 | | 65,668.14 |
| 02/29/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 49.40 | 65,618.74 |
| 03/31/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 97.26 | 65,521.48 |
| 04/29/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 93.98 | 65,427.50 |
| 05/31/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 96.97 | 65,330.53 |
| 06/08/16 | Asset #1 | AUDITOR OF STATE OF ARKANSAS | miscellaneous deposit | 1290-000 | 2,116.79 | | 67,447.32 |
| 06/30/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 95.41 | 67,351.91 |

**Form 2**

Page: 2

**Cash Receipts and Disbursements Record**

| Case Number: | 15-41918 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | MACH SPEED HOLDINGS, LLC | | Bank Name: | Bank of Kansas City |
| | | | Account: | ******1476 - Checking Account |
| Taxpayer ID#: | **-***5421 | | Blanket Bond: | N/A |
| Period Ending: | 06/23/21 | | Separate Bond: | 450,000.00 |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/16 | | TEXAS CAPITAL BANK | TRANSFER OF FUNDS | 9999-000 | | 67,351.91 | 0.00 |

|  |  | | | ACCOUNT TOTALS | 67,822.11 | 67,822.11 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  | | | Less: Bank Transfers | 0.00 | 67,351.91 | |
|  |  | | | **Subtotal** | 67,822.11 | 470.20 | |
|  |  | | | Less: Payment to Debtors | | 0.00 | |
|  |  | | | **NET Receipts / Disbursements** | **$67,822.11** | **$470.20** | |

Page: 3

**Form 2**
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-41918 BR | |
| **Case Name:** | MACH SPEED HOLDINGS, LLC | |

| | |
|---|---|
| **Trustee:** | Michelle H. Chow |
| **Bank Name:** | Texas Capital Bank |
| **Account:** | ******4552 - Checking Account |

| | |
|---|---|
| **Taxpayer ID#:** | **-***5421 |
| **Period Ending:** | 06/23/21 |

| | |
|---|---|
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 450,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/16 | | BANK OF KANSAS CITY | TRANSFER OF FUNDS | 9999-000 | 67,351.91 | | 67,351.91 |
| 08/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 54.64 | 67,297.27 |
| 09/06/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 94.04 | 67,203.23 |
| 10/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 93.92 | 67,109.31 |
| 11/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 93.78 | 67,015.53 |
| 12/05/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 93.65 | 66,921.88 |
| 01/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 93.52 | 66,828.36 |
| 02/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 93.39 | 66,734.97 |
| 03/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 93.26 | 66,641.71 |
| 04/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 93.12 | 66,548.59 |
| 05/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.99 | 66,455.60 |
| 06/05/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.86 | 66,362.74 |
| 07/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.74 | 66,270.00 |
| 08/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.60 | 66,177.40 |
| 09/05/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.48 | 66,084.92 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41918 BR | | Trustee: | Michelle H. Chow |
| Case Name: | MACH SPEED HOLDINGS, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4552 - Checking Account |
| Taxpayer ID#: | **-***5421 | | Blanket Bond: | N/A |
| Period Ending: | 06/23/21 | | Separate Bond: | 450,000.00 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.36 | 65,992.56 |
| 11/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.22 | 65,900.34 |
| 12/04/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 92.09 | 65,808.25 |
| 01/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.96 | 65,716.29 |
| 02/05/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.83 | 65,624.46 |
| 03/05/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.71 | 65,532.75 |
| 04/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.58 | 65,441.17 |
| 05/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.45 | 65,349.72 |
| 06/04/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.32 | 65,258.40 |
| 07/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.20 | 65,167.20 |
| 08/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 91.06 | 65,076.14 |
| 08/13/18 | Asset #2 | Settlement Agreement Wire-In | Per Settlement Agreement Order | 1149-000 | 382,500.00 | | 447,576.14 |
| 08/21/18 | 101 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Per invoice #3616 Bond SNN4010001 | 2300-000 | | 675.00 | 446,901.14 |
| 08/27/18 | 102 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel fees | 3110-000 | | 8,214.42 | 438,686.72 |

Page: 5

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41918 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | MACH SPEED HOLDINGS, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4552 - Checking Account |
| Taxpayer ID#: | **-***5421 | | Blanket Bond: | N/A |
| Period Ending: | 06/23/21 | | Separate Bond: | 450,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/27/18 | 103 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel expenses | 3120-000 | | 103.72 | 438,583.00 |
| 08/27/18 | 104 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (tax filings) fees | 3410-000 | | 17,720.50 | 420,862.50 |
| 08/27/18 | 105 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (tax filings) expenses | 3420-000 | | 823.64 | 420,038.86 |
| 08/27/18 | 106 | PASSMAN & JONES, P.C. | Per order 08/10/18 #117Trustee special counsel fees | 3210-600 | | 153,000.00 | 267,038.86 |
| 08/27/18 | 107 | PASSMAN & JONES, P.C. | Per Order 08/10/18 #117Trustee special counsel expenses | 3220-610 | | 1,964.35 | 265,074.51 |
| 08/27/18 | 108 | LITZLER, SEGNER, SHAW & MCKENNEY, LLP | Per Order 08/10/18 #118Trustee special accountant fees | 3410-580 | | 8,759.25 | 256,315.26 |
| 09/04/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 386.41 | 255,928.85 |
| 10/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 357.65 | 255,571.20 |
| 11/15/18 | Asset #3 | Wells Fargo | Additional wire in balance | 1229-000 | 3,933.53 | | 259,504.73 |
| 12/23/18 | 109 | WELLS FARGO CAPITAL FINANCE | PER ORDER 12/11/18 #155ORDER LITIGATION EXP/DOCUMENT PRODUCTION | 2420-000 | | 400.00 | 259,104.73 |

**Form 2**

Page: 6

**Cash Receipts and Disbursements Record**

| Case Number: | 15-41918 BR | | Trustee: | Michelle H. Chow |
| Case Name: | MACH SPEED HOLDINGS, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4552 - Checking Account |
| Taxpayer ID#: | **-***5421 | | Blanket Bond: | N/A |
| Period Ending: | 06/23/21 | | Separate Bond: | 450,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/20 | | Signature Bank | Transfer to account ending 1550 | 9999-000 | | 259,104.73 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **453,785.44** | **453,785.44** | **$0.00** |
| Less: Bank Transfers | 67,351.91 | 259,104.73 | |
| **Subtotal** | **386,433.53** | **194,680.71** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$386,433.53** | **$194,680.71** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41918 BR | | Trustee: | Michelle H. Chow |
| Case Name: | MACH SPEED HOLDINGS, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1550 - Checking Account |
| Taxpayer ID#: | **-***5421 | | Blanket Bond: | N/A |
| Period Ending: | 06/23/21 | | Separate Bond: | 450,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/20 | | Texas Capital Bank | Transfer from account ending 4552 | 9999-000 | 259,104.73 | | 259,104.73 |
| 09/23/20 | 1001 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney final fees and expenses | 3110-000 | | 10,927.07 | 248,177.66 |
| 09/23/20 | 1002 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney fees and expenses | 3120-000 | | 93.04 | 248,084.62 |
| 09/23/20 | 1003 | Lain, Faulkner & Co. P.C. | Per order 09/23/2020 #168<br>Trustee accountant final fees and expenses | 3410-000 | | 18,132.50 | 229,952.12 |
| 09/23/20 | 1004 | Lain, Faulkner & Co. P.C. | Per order 09/23/2020 #168<br>Trustee accountant final fees and expenses | 3420-000 | | 179.53 | 229,772.59 |
| 01/04/21 | 1005 | Collin County Tax Assessor/Collector | Dividend of 100.000000000%, Claim No.2. Last amended 2-2 03/21/16 $514.51 secured tax claim.  2015 ad valorem property tax.<br>P900021307961 | 4700-070 | | 514.51 | 229,258.08 |
| 01/04/21 | 1006 | Michelle H. Chow | Dividend of 100.000000000%. | 2100-000 | | 25,962.78 | 203,295.30 |
| 01/04/21 | 1007 | Michelle H. Chow | Dividend of 100.000000000%. | 2200-000 | | 398.44 | 202,896.86 |
| 01/04/21 | 1008 | State of New Jersey Division of Taxation Bankruptcy Section | Dividend of 100.000000000%, Claim No.19.<br>NOTE: Allow as timely filed priority claim. Filed prior to commencing distribution.<br>'State taxes'<br>See attachments 'PRT-FT 12/15 DEF' | 5800-000 | | 11,628.00 | 191,268.86 |

Page: 8

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41918 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | MACH SPEED HOLDINGS, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1550 - Checking Account |
| Taxpayer ID#: | **-***5421 | | Blanket Bond: | N/A |
| Period Ending: | 06/23/21 | | Separate Bond: | 450,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/21 | 1009 | Apollo Bridge Investors 2014-II LLC | Dividend of 0.962619576%, Claim No.3. Keith Driscoll, TCP Group claim<br>'Money loaned'. Filed as unsecured.<br>Per promissory note attached, dated 08/13/14 | 7100-000 | | 112,843.55 | 78,425.31 |
| 01/04/21 | 1010 | Apollo Bridge Investors 2014-II LLC | Dividend of 0.962619576%, Claim No.4. Keith Driscoll, TCP Group claim<br>'Money loaned'<br>Filed as unsecured<br>Attached Subordinated note agreement dated 11/25/14. | 7100-000 | | 11,784.52 | 66,640.79 |
| 01/04/21 | 1011 | Black Ops Investments LLC | Dividend of 0.962619576%, Claim No.15. Filed as unsecured<br>'Money loaned'<br>References Subordinated Note dated 08/13/14 and attached loan document to POC | 7100-000 | | 14,784.62 | 51,856.17 |
| 01/04/21 | 1012 | William Howells | Dividend of 0.962619576%, Claim No.16. Filed as unsecured<br>'Fourth Amended and Restated Suborinated Note' Attached note dated 04/30/15 to POC document; Voided on 04/07/2021 | 7100-003 | | 51,856.17 | 0.00 |
| 04/07/21 | 1012 | William Howells | Dividend of 0.962619576%, Claim No.16. Filed as unsecured<br>'Fourth Amended and Restated Suborinated Note' Attached note dated 04/30/15 to POC document; Voided: Check issued on 01/04/2021 | 7100-003 | | -51,856.17 | 51,856.17 |

**Form 2**

Page: 9

**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 15-41918 BR | |
| **Case Name:** | MACH SPEED HOLDINGS, LLC | |
| **Taxpayer ID#:** | **-***5421 | |
| **Period Ending:** | 06/23/21 | |

| | |
|---|---|
| **Trustee:** | Michelle H. Chow |
| **Bank Name:** | Signature Bank |
| **Account:** | ******1550 - Checking Account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | 450,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/07/21 | 1013 | William Howells | TFR final distribution check; replaces #1012 for updated address | 7100-000 | | 51,856.17 | 0.00 |

|  | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 259,104.73 | 259,104.73 | $0.00 |
| Less: Bank Transfers | 259,104.73 | 0.00 | |
| **Subtotal** | 0.00 | 259,104.73 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $259,104.73 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1476** | 67,822.11 | 470.20 | 0.00 |
| **Checking # ******1550** | 0.00 | 259,104.73 | 0.00 |
| **Checking # ******4552** | 386,433.53 | 194,680.71 | 0.00 |
| | $454,255.64 | $454,255.64 | $0.00 |